On respondent's petition for reconsideration filed May 26, motion for relief from default granted; reconsideration allowed; former disposition (202 Or App 223, 120 P3d 1254) withdrawn; affirmed August 2, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## RONALD CHARLES GAMBOA,
*Appellant.*

CR0300761, CR0301036; A122875 (Control), A122876
(Cases Consolidated)

140 P3d 1144

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, for petition.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).